IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KRISTA NICOLE SUTER                                                                               PLAINTIFF

      v.                         Civil No. 14-2023

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                              DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 9th day of January 2015.


                                        /s/ *Mark E. Ford*
                                       HONORABLE MARK. E. FORD
                                       UNITED STATES MAGISTRATE JUDGE